PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
JOSEPH MARKETTE

GREGORY L. SPALLAS, Esq. (SBN 129306)
BAHAREH ABDOLLAHI, Esq. (SBN 227206)
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, CA 94108
(415) 278-9400

Attorneys for Defendant:
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MARKETTE,

    Plaintiff,

v.

WAL-MART STORES INC., et al.,

    Defendants.

_____/

CASE NO. C05-2173 MJJ
<u>Civil Rights</u>

**STIPULATION AND [PROPOSED] ORDER FOR FILING A FIRST AMENDED COMPLAINT**

Plaintiff JOSEPH MARKETTE filed his Complaint on May 26, 2005, naming as defendants WAL-MART STORES, INC., MANAGER DOE 1; and DOES 2 through 25, Inclusive, based on information obtained from public records and Westlaw databases. Defendant MANAGER DOE 1 is a store manager with whom plaintiff interacted during his incident as alleged in the Complaint, but whose name was unknown to plaintiff. Defendant Wal-Mart Stores, Inc., filed its Answer to the Complaint on June 22, 2005.

**Stipulation and [Proposed] Order for Filing a First Amended Complaint: Case No. C05-2173 MJJ**

— 1 —

s:\jm\cases\w\wal-mart\pleadings\stip to amend complaint.doc

1  Through communication with counsel for Defendant WAL-MART STORES,
2  INC., Plaintiff has learned that the true name of MANAGER DOE 1 is Suhard Mehta.
3  Plaintiff has prepared a First Amended Complaint naming SUHARD MEHTA
4  as a defendant in place of MANAGER DOE 1 based on plaintiff's new information.
5  Therefore, IT IS HEREBY STIPULATED by and between the parties through their attorneys
6  of record that Plaintiff may file a First Amended Complaint, which is attached hereto. IT IS
7  HEREBY STIPULATED that the firm of PHILLIPS, SPALLAS & ANGSTADT LLP accepts
8  service of the complaint on behalf of SUHARD MEHTA and will file an answer on behalf of
9  SUHARD MEHTA within 20 days of the filing of the First Amended Complaint.
10  IT IS FURTHER STIPULATED that defendant WAL-MART STORES, INC.
11  waives notice and service of the amended complaint and shall not be required to answer the
12  First Amended Complaint, and that all denials, responses, and affirmative defenses contained in
13  the answer filed by defendant WAL-MART STORES, INC. to the Complaint shall be
14  responsive to the Plaintiff's First Amended Complaint.

Dated: September 16, 2005         PAUL L. REIN
                                  PATRICIA BARBOSA
                                  JULIE MCLEAN
                                  LAW OFFICES OF PAUL L. REIN


                                  /s/ Julie McLean
                                  Attorneys for Plaintiff
                                  JOSEPH MARKETTE


Dated: September 16, 2005         GREGORY L. SPALLAS
                                  BAHAREH ABDOLLAHI
                                  PHILLIPS, SPALLAS & ANGSTADT LLP


                                  /s/ Gregory Spallas
                                  Attorneys for Defendant
                                  WAL-MART STORES, INC.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order for Filing a First
Amended Complaint: Case No. C05-2173 MJJ**

— 2 —
s:\jm\cases\w\wal-mart\pleadings\stip to amend complaint.doc

**ORDER**

Pursuant to Stipulation, IT IS HEREBY ORDERED that Plaintiff Joseph Markette may file a First Amended Complaint in the above-captioned action.

Dated: 9/20/2005

_____
Hon. Martin J. Jenkins
U.S. District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order for Filing a First Amended Complaint: Case No. C05-2173 MJJ**

— 3 —
s:\jm\cases\w\wal-mart\pleadings\stip to amend complaint.doc