| | |
|---|---|
| 1 | Gregory L. Spallas- # 129306 |
|   | Kristi A. Nguyen - # 241201 |
| 2 | PHILLIPS, SPALLAS & ANGSTADT LLP |
|   | 650 California Street, 10th Floor |
| 3 | San Francisco, California 94108 |
|   | Phone: (415) 278-9400 |
| 4 | Fax:   (415) 278-9411 |
| 5 | Attorneys for Defendants |
|   | WAL-MART STORES, INC. and |
| 6 | SUHARD MEHTA |
| 7 | Paul L. Rein - # 43053 |
|   | Patricia Barbosa - # 125865 |
| 8 | Julie McLean - # 215202 |
|   | LAW OFFICES OF PAUL L. REIN |
| 9 | 200 Lakeside Drive, Suite A |
|   | Oakland, CA 94612 |
| 10 | Phone: (510) 832-5001 |
| 11 | Attorneys for Plaintiff |
|   | JOSEPH MARKETTE |

FILED

MAR 1 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE UNITED STATES

| | | |
|---|---|---|
| JOSEPH MARKETTE, | ) | Case No. C 05-02173 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF |
| | ) | TRIAL AND EMERGENCY |
| WAL-MART STORES, INC., SUHARD | ) | SETTLEMENT CONFERENCE |
| MEHTA; and DOES 2-25, inclusive | ) | |
| Defendants. | ) | |

TO THE COURT AND ALL PARTIES:

Plaintiff JOSEPH MARKETTE and Defendants WAL-MART STORES, INC. and SUHARD MEHTA, by and through their respective attorneys of record, herein agree and stipulate to a continuance of the trial date and Court-ordered emergency settlement conference as good cause exists for the continuance of both, as described below.

-1-
STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL & EMERGENCY SETTLEMENT CONF.
*U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ*

1  IT IS HEREBY STIPULATED by and between the parties through their attorneys of
2  record that the trial date be continued for a date convenient to the Court after January 15, 2007.
3  Both parties are available for trial on January 16, 2007 and January 23, 2007. Following the
4  February 21, 2006 Case Management Conference, at which time the Court scheduled the trial
5  for December 11, 2006, attorneys for Defendants consulted their clients and were informed that
6  a trial date in mid-December would pose significant scheduling issues for Defendant SUHARD
7  MEHTA and other key witnesses who work for WAL-MART STORES, INC. Mid-December
8  is the height of the busy holiday shopping season for WAL-MART STORES, INC. As the
9  Store Manager of the Martinez, California Wal-Mart Store, Defendant SUHARD MEHTA is
10 indispensable to the Store during this peak shopping and is therefore unable to attend trial on a
11 daily basis at this time. Defense witness Jody Stowers, a necessary witness, is also a Wal-Mart
12 Store Manager whose presence at the Store during this season is critical. Attorneys for Plaintiff
13 agree to a continuance as their sole assistant has a pre-arranged vacation scheduled from mid-
14 December 2006 to early January 2007.

15  IT IS FURTHER STIPULATED that the Emergency Settlement Conference referred to
16 Magistrate Edward Chen be continued to a date after April 15, 2006. In the upcoming month,
17 Magistrate Chen is available only on March 14, March 16 and March 17 of 2006. None of
18 these dates are mutually available for the parties and their attorneys. The attorneys are
19 available for the settlement conference as follows: April 17, 18, 20, and 26 of 2006.

20
21 Dated: March 9, 2006                    PHILLIPS, SPALLAS & ANGSTADT LLP
22
23
24
25                                        By: _____
                                              Gregory L. Spallas
26                                            Kristi A. Nguyen
                                              Attorneys for Defendants
27                                            WAL-MART STORES, INC. and
                                              SUHARD MEHTA
28

-2-
STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL & EMERGENCY SETTLEMENT CONF.
U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ

Dated: March 8, 2006

LAW OFFICES OF PAUL L. REIN

By: *Paul L. Rein*
Paul L. Rein
Patricia Barbosa
Julie McLean
Attorneys for Plaintiff
JOSEPH MARKETTE

## ORDER

Pursuant to the Stipulation, IT IS HEREBY ORDERED that the trial be continued to January 16, 2007, and that the Emergency Settlement Conference be continued to a date after April 15, 2006, with such date to be arranged with the assigned Magistrate Judge. Pre-Trial conference reset for January 9, 2007 @ 3:30 pm.

Dated: 3/14/2006

Honorable Martin J. Jenkins
U.S. District Court Judge

-3-
STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL & EMERGENCY SETTLEMENT CONF.
U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ