# PSA Phillips Spallas & Angstadt LLP

**FILED**

**MAY 12 2006**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT K. PHILLIPS
GREGORY L. SPALLAS
TODD A. ANGSTADT
H. GREGORY NELCH
KRISTIN L. OLIVEIRA
RYAN T. DUNN
ELISA RHEIN MARCALETTI
BRENDA H. ENTZMINGER
BRADLEY J. JAMESON
ELAINE A. DOWLING*
DANIEL I. LEE
SHARON E. HOW
JOHN W. KIRK**
KATHY K. LEE
ELIZABETH KELLY MEYERS***
KRISTI A. NGUYEN
MAGGIE J. BRUYA
ERIN J. ILLMAN
EVANGELINE CHEUNG

Of Counsel
KATHERINE A. MUNTER
SHEILA SHAREI
JAMES L. GHIDELLA

*ADMITTED IN NEVADA
**ADMITTED IN NEVADA & UTAH
***ADMITTED IN CALIFORNIA, NEVADA & OREGON

Reply to San Francisco Office

May 5, 2006

*Via Facsimile*: 415/522-2140

**Magistrate Judge James Larson**
United States District Court-Northern District of California
Federal Building
450 Golden Gate Avenue, 15th Floor
San Francisco CA 94102

  Re: *Joseph Markette v. Wal-Mart Stores, Inc.*
    U.S.D.C., Northern District of California, Case No. C 05-02173 MJJ

Dear Magistrate Larsen:

  This matter had been scheduled for a Settlement Conference before you on August 6, 2006 at 10:00 a.m. However, due to a scheduling conflict on that date, we need to re-calendar this appearance. I understand from your clerk that the date of August 29th is available at 10:00 a.m.. This date has been cleared with opposing counsel and we respectfully request that the Settlement Conference in this matter be re-scheduled to August 29, 2006 commencing at 10:00 a.m.

  Thank you for your attention to this matter and if you have any questions, please contact the undersigned.

            Very truly yours,

            PHILLIPS, SPALLAS & ANGSTADT LLP

            Gregory L. Spallas

GLS:kl
cc: Paul Rein, Esq. (via fax)

**SO ORDERED**

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

SAN FRANCISCO
650 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94108
(415) 278-9400
FAX: (415) 278-9411

PHILLIPS, SPALLAS & ANGSTADT LLC
LAS VEGAS
211 N. BUFFALO, SUITE E
LAS VEGAS, NV 89145
(702) 938-1510
FAX: (702) 938-1511

WWW.PSALAW.NET