IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKETTE, | No. C05-02173 MJJ |
| Plaintiff, | **ORDER DENYING STIPULATION** |
| v. | |
| WAL-MART STORES, INC. ET AL, | |
| Defendant. | |

Before the Court is the Stipulation and Proposed Order for Continuance of Trial.[1] Having considered the request, the Court hereby **DENIES** the stipulation. The stipulation fails to close non-expert discovery. The parties may file a revised stipulation specifying that all non-expert discovery is closed.

**IT IS SO ORDERED.**

Dated: December 4, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 33.