1 | **Gregory L. Spallas- # 129306**
  | **Kristi A. Nguyen - # 241201**
2 | PHILLIPS, SPALLAS & ANGSTADT LLP
  | 650 California Street, 10th Floor
3 | San Francisco, California 94108
  | Phone: (415) 278-9400
4 | Fax:    (415) 278-9411

5 | Attorneys for Defendants
  | WAL-MART STORES, INC. and
6 | SUHARD MEHTA

7 | **Paul L. Rein - # 43053**
  | **Patricia Barbosa - # 125865**
8 | **Julie McLean - # 215202**
  | LAW OFFICES OF PAUL L. REIN
9 | 200 Lakeside Drive, Suite A
  | Oakland, CA 94612
10 | Phone: (510) 832-5001

11 | Attorneys for Plaintiff
   | JOSEPH MARKETTE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF THE UNITED STATES

| JOSEPH MARKETTE, | ) Case No. C 05-02173 MJJ |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
|  | ) **ORDER FOR CONTINUANCE OF** |
|  | ) **TRIAL** |
| WAL-MART STORES, INC., SUHARD MEHTA; and DOES 2-25, inclusive | ) |
|  | ) Current Trial Date: January 16, 2007 |
| Defendants. | ) |

TO THE COURT AND ALL PARTIES:

Plaintiff JOSEPH MARKETTE and Defendants WAL-MART STORES, INC. and SUHARD MEHTA, by and through their respective attorneys of record, herein agree and stipulate to a continuance of the trial date from January 16, 2007, to June 25, 2007. Good cause exists for the continuance as described below.

-1-
STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL.
*U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ*

1. This case involves complicated and novel questions of law and fact regarding an alleged denial of access to plaintiff of the electric shopping carts at a Wal-Mart store in Union City, California. Before meaningful settlement discussions could begin, the parties needed to exchange information. Accordingly, the parties scheduled discovery cooperatively, including each party taking several depositions of opposing parties and witnesses.

2. On February 21, 2006, a Case Management Conference was held with Judge Jenkins, and trial and pre-trial dates were set. However, Judge Jenkins indicated that these dates were not "set in stone" and that the parties could stipulate and request that they be changed if they were not convenient. The Court further referred the parties to Chief Magistrate Judge James Larson for settlement proceedings.

3. On August 29, 2006, the earliest date available for Judge Larson and all parties, a settlement conference was held with Judge Larson. While significant progress was made toward settlement, including an agreement in principle on injunctive relief, the parties were unable to reach full settlement of the matter. However, at Judge Larson's urging, the parties agreed to withhold discovery or further litigation work in order to avoid increasing the attorney's fees in the matter, which would make settlement of the case much less likely. Judge Larson indicated that he was amenable to continuing to work with the parties toward settlement, and all parties and Judge Larson agreed to set a further settlement conference.

4. The parties attempted to schedule a settlement conference with Magistrate Judge James Larson for either November or December 2006, the first dates available on his calendar. However, due to conflicts in schedules (including the fact that the holiday season is the busiest time of the year for Wal-Mart, making it difficult to free up a representative for settlement discussions), the parties were unable to set a date before the year's end. Judge Larson is unavailable for a settlement conference in January 2007, making the earliest possible settlement conference date February 2007.

5. The parties believe that the case has a good chance of settling if the parties are able to avoid further litigation work; however, if the parties are forced to begin the extensive

1 | pre-trial preparation that would be necessary under the current trial date, the fees and costs
2 | would quickly spiral out of control, making settlement impossible.

3 |     6.    Thus, a continuance of the pre-trial conference and trial would provide the
4 | parties an opportunity to engage in settlement discussions and possibly avoid unnecessary use
5 | of the Court's time, and avoid unnecessary increases in attorney's fees and costs.

6 |     Therefore, IT IS HEREBY STIPULATED by and between the parties through their
7 | attorneys of record that the trial date be continued to June 25, 2007.  The pre-trial conference
8 | date would accordingly be rescheduled for June 18, 2007.

9 |     IT IS FURTHER STIPULATED by and between the parties that (1) all non-expert
10 | discovery in this matter is closed and (2) all deadlines relating to FRCP 26 disclosures of
11 | experts and expert reports will also be extended with the new trial date such that initial expert
12 | disclosures would occur on April 27, 2007, expert reports would be due on or before May 4,
13 | 2007, supplemental experts would be disclosed by May 11 and expert discovery would need to
14 | be completed by May 25, 2007.

15 | Dated: December 5, 2006                PHILLIPS, SPALLAS & ANGSTADT LLP

17 |                               /s/ Gregory L. Spallas_____
18 |                      By:   Gregory L. Spallas
                              Kristi A. Nguyen
19 |                               Attorneys for Defendants
                              WAL-MART STORES, INC. and
20 |                               SUHARD MEHTA

22 | Dated: December 5, 2006                LAW OFFICES OF PAUL L. REIN

24 |                               /s/ Julie McLean_____
                     By:   Paul L. Rein
25 |                               Patricia Barbosa
                              Julie McLean
26 |                               Attorneys for Plaintiff
                              JOSEPH MARKETTE

1 **ORDER**

2     Pursuant to Stipulation, and for good cause shown, IT IS HEREBY ORDERED
3 that the trial be continued to June 25, 2007, with a pre-trial conference of June 12, 2007 and
4 that the deadline for completion of factual discovery is closed, and that all deadlines relating to
5 FRCP 26 disclosures of experts and expert reports will also be extended with the new trial date
6 such that initial expert disclosures would occur on April 27, 2007, expert reports would be due
7 on or before May 4, 2007, supplemental experts would be disclosed by May 11 and expert
8 discovery would need to be completed by May 25, 2007.

9
10 Dated: 12/6/2006                                     _____
11                                                       Honorable Martin J. Jenkins
                                                      U.S. District Court Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-4-
STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL.
*U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ*