# PSA Phillips Spallas & Angstadt LLP

ROBERT K. PHILLIPS
GREGORY L. SPALLAS
TODD A. ANGSTADT
H. GREGORY NELCH
KRISTIN L. OLIVEIRA
RYAN T. DUNN
ELISA RHEIN MARCALETTI
BRENDA H. ENTZMINGER**
BRADLEY J. JAMESON
DANIEL I. LEE
SHARON E. HOW
JOHN W. KIRK***
KATHY K. LEE
ELIZABETH KELLY MEYERS****
KRISTI A. NGUYEN
MAGGIE J. BRUYA
ERIN J. ILLMAN
EVANGELINE CHEUNG
BRETT J. MARSHALL*

**Of Counsel**
KATHERINE A. MUNTER
JAMES L. GHIDELLA

*ADMITTED IN NEVADA & CALIFORNIA
**ADMITTED IN NEVADA & CALIFORNIA
***ADMITTED IN NEVADA & UTAH
****ADMITTED IN CALIFORNIA, NEVADA & OREGON

January 30, 2007

*Via E-filing*

**Magistrate Judge James Larson**
United States District Court-Northern District of California
Federal Building
450 Golden Gate Avenue, 15th Floor
San Francisco CA 94102

Re: *Joseph Markette v. Wal-Mart Stores, Inc.*
U.S.D.C., Northern District of California, Case No. C 05-02173 MJJ

Dear Judge Larson:

The parties in the above-referenced matter have agreed to engage in a further settlement conference before you. I understand from your clerk that the date of March 7, 2007 is available at 2:00p.m. This date has been cleared with opposing counsel and we respectfully request that the Settlement Conference in this matter be scheduled for this date and time.

Thank you for your attention to this matter and if you have any questions, please contact the undersigned.

Very truly yours,

PHILLIPS, SPALLAS & ANGSTADT LLP

Gregory L. Spallas

GLS:kl
cc: Paul Rein, Esq. (via fax)

**IT IS SO ORDERED**
Judge James Larson

SAN FRANCISCO
650 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO, CA 94108
(415) 278-9400
FAX: (415) 278-9411

PHILLIPS, SPALLAS & ANGSTADT LLC
LAS VEGAS
211 N. BUFFALO, SUITE E
LAS VEGAS, NV 89145
(702) 938-1510
FAX: (702) 938-1511

WWW.PSALAW.NET