| | |
|---|---|
| 1 | **Gregory L. Spallas- # 129306** |
| | **Kristi A. Nguyen - # 241201** |
| 2 | PHILLIPS, SPALLAS & ANGSTADT LLP |
| | 650 California Street, 10th Floor |
| 3 | San Francisco, California 94108 |
| | Phone: (415) 278-9400 |
| 4 | Fax:    (415) 278-9411 |
| 5 | Attorneys for Defendants |
| | WAL-MART STORES, INC. and |
| 6 | SUHARD MEHTA |
| 7 | **Paul L. Rein - # 43053** |
| | **Patricia Barbosa - # 125865** |
| 8 | **Julie McLean - # 215202** |
| | LAW OFFICES OF PAUL L. REIN |
| 9 | 200 Lakeside Drive, Suite A |
| | Oakland, CA 94612 |
| 10 | Phone: (510) 832-5001 |
| 11 | Attorneys for Plaintiff |
| | JOSEPH MARKETTE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE UNITED STATES

| | | |
|---|---|---|
| 17 | JOSEPH MARKETTE, | ) Case No. C 05-02173 MJJ |
| 18 | Plaintiff, | ) **ORDER DENYING** |
| | | ) **STIPULATION AND** [PROPOSED] |
| 19 | v. | ) ~~ORDER FOR~~ **CONTINUANCE OF** |
| | | ) **TRIAL** |
| 20 | WAL-MART STORES, INC., SUHARD | ) |
| | MEHTA; and DOES 2-25, inclusive | ) Current Trial Date: ~~January 16~~, 2007 |
| 21 | | ) June 25 |
| | Defendants. | ) |
| 22 | | |

TO THE COURT AND ALL PARTIES:

Plaintiff JOSEPH MARKETTE and Defendants WAL-MART STORES, INC. and SUHARD MEHTA, by and through their respective attorneys of record, herein agree and stipulate to a continuance of the trial date from June 25, 2007, to September 10, 2007, as well as the pre-trial conference and the related deadlines for disclosure of expert witnesses and

completion of expert discovery. Good cause exists for the continuance because defense counsel and his wife are expecting the birth of twins during this time as described below.

1. The trial date of this matter, involving claims of Title III discrimination and California state civil rights violations by defendants against plaintiff, was continued once before on or about December 5, 2007.

2. When the June 25, 2007 trial date was selected, it was envisioned by defense counsel that the date would be satisfactory as his wife's due date was not until July 12, 2007. However, since that time, it was learned that defense counsel and his wife are expecting twins. As such, the OB-Gyn states that the pregnancy will not be allowed to go past June 28, 2007, at the latest and that there is very strong likelihood that the birth will occur sooner.

3. Based on the above, defense counsel is unavailable to appear for trial of this matter on June 25, 2007.

4. This request for trial continuance would have been made earlier. However, the parties appeared before Magistrate Judge James Larsen for a settlement conference on or about March 7, 2007, and despite further inquiries since that time, have been unable to resolve this matter.

5. A continuance of the pre-trial conference and trial dates and related expert deadlines would allow defense counsel to participate in the trial and be available for the birth of his twin sons.

Therefore, IT IS HEREBY STIPULATED by and between the parties through their attorneys of record that the trial date be continued to September 10, 2007. The pre-trial conference date would accordingly be rescheduled from June 18, 2007 to September 4, 2007.

IT IS FURTHER STIPULATED by and between the parties that (1) all non-expert discovery in this matter is closed and (2) all deadlines relating to FRCP 26 disclosures of experts and expert reports will also be extended with the new trial date such that initial expert disclosures would occur on July 13, 2007, expert reports would be due on or before July 20, 2007, supplemental experts would be disclosed by August 3, 2007 and expert discovery would need to be completed by August 17, 2007.

Dated: April 19, 2007      PHILLIPS, SPALLAS & ANGSTADT LLP

By: *Gregory Spallas* (signature)
Gregory L. Spallas
Kristi A. Nguyen
Attorneys for Defendants
WAL-MART STORES, INC. and
SUHARD MEHTA

Dated: April 19, 2007      LAW OFFICES OF PAUL L. REIN

By: *Julie McLean* (signature)
Paul L. Rein
Patricia Barbosa
Julie McLean
Attorneys for Plaintiff
JOSEPH MARKETTE

**ORDER** ~~(crossed out)~~    READ, CONSIDERED AND DENIED

Pursuant to Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the trial be continued to ____, 2007, with a pre-trial conference of ____, 2007 and deadlines relating to FRCP 26 disclosures of experts and expert reports will also be extended with the new trial date such that initial expert disclosures would occur on ____, 2007, expert reports would be due on or before ____, 2007, supplemental experts would be disclosed by ____, 2007 and expert discovery would need to be completed by ____, 2007.

Dated: 4/25/2007

*Martin J. Jenkins* (signature)
Honorable Martin J. Jenkins
U.S. District Court Judge