1  **Gregory L. Spallas- # 129306**
   **Kristi A. Nguyen - # 241201**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax:    (415) 278-9411

5  Attorneys for Defendants
   WAL-MART STORES, INC. and
6  SUHARD MEHTA

7  **Paul L. Rein - # 43053**
   **Patricia Barbosa - # 125865**
8  **Julie McLean - # 215202**
   LAW OFFICES OF PAUL L. REIN
9  200 Lakeside Drive, Suite A
   Oakland, CA 94612
10 Phone: (510) 832-5001

11 Attorneys for Plaintiff
   JOSEPH MARKETTE

12

13

14                     UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF THE UNITED STATES

16

17  JOSEPH MARKETTE,                    )  Case No.  C 05-02173 MJJ
                                        )
18               Plaintiff,             )
                                        )  **STIPULATION AND [PROPOSED]**
19  v.                                  )  **ORDER FOR CONTINUANCE OF**
                                        )  **TRIAL**
20  WAL-MART STORES, INC., SUHARD       )
    MEHTA; and DOES 2-25, inclusive     )  Current Trial Date: January 16, 2007
21                                      )
                 Defendants.            )
22  ───────────────────────────────────)

23

24  TO THE COURT AND ALL PARTIES:

25         Plaintiff JOSEPH MARKETTE and Defendants WAL-MART STORES, INC. and

26  SUHARD MEHTA, by and through their respective attorneys of record, herein agree and

27  stipulate to a continuance of the trial date from June 25, 2007, to September 10, 2007, as well

28  as the pre-trial conference and the related deadlines for disclosure of expert witnesses and

1   completion of expert discovery.  Good cause exists for the continuance because defense counsel
2   and his wife are expecting the birth of twins during this time as described below.

3          1.      The trial date of this matter, involving claims of Title III discrimination and
4   California state civil rights violations by defendants against plaintiff, was continued once
5   before on or about December 5, 2007.

6          2.      When the June 25, 2007 trial date was selected, it was envisioned by defense
7   counsel that the date would be satisfactory as his wife's due date was not until July 12, 2007.
8   However, since that time, it was learned that defense counsel and his wife are expecting twins.
9   As such, the OB-Gyn states that the pregnancy will not be allowed to go past June 28, 2007, at
10  the latest and that there is very strong likelihood that the birth will occur sooner.

11         3.      Based on the above, defense counsel is unavailable to appear for trial of this
12  matter on June 25, 2007.

13         4.      This request for trial continuance would have been made earlier.  However, the
14  parties appeared before Magistrate Judge James Larsen for a settlement conference on or about
15  March 7, 2007, and despite further inquiries since that time, have been unable to resolve this
16  matter.

17         5.      A continuance of the pre-trial conference and trial dates and related expert
18  deadlines would allow defense counsel to participate in the trial and be available for the birth of
19  his twin sons.

20         Therefore, IT IS HEREBY STIPULATED by and between the parties through their
21  attorneys of record that the trial date be continued to September 10, 2007.  The pre-trial
22  conference date would accordingly be rescheduled from June 18, 2007 to September 4, 2007.

23         IT IS FURTHER STIPULATED by and between the parties that (1) all non-expert
24  discovery in this matter is closed and (2) all deadlines relating to FRCP 26 disclosures of
25  experts and expert reports will also be extended with the new trial date such that initial expert
26  disclosures would occur on July 13, 2007, expert reports would be due on or before July 20,
27  2007, supplemental experts would be disclosed by August 3, 2007 and expert discovery would
28  need to be completed by August 17, 2007.

STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL.
*U.S.D.C. – Northern District of California – Case No.  C 05-02173 MJJ*

1   Dated: April *19*, 2007                              PHILLIPS, SPALLAS & ANGSTADT LLP

2

3                                                        _Gregory Spallas_

4                                          By:   Gregory L. Spallas
                                                 Kristi A. Nguyen
5                                                Attorneys for Defendants
                                                 WAL-MART STORES, INC. and
6                                                SUHARD MEHTA

7

8   Dated: April *19*, 2007                              LAW OFFICES OF PAUL L. REIN

9                                                        _Julie McLean_

10                                         By:   Paul L. Rein
                                                 Patricia Barbosa
11                                               Julie McLean
                                                 Attorneys for Plaintiff
12                                               JOSEPH MARKETTE

13

14

15                                      **ORDER**

16              Pursuant to Stipulation, and for good cause shown, IT IS HEREBY ORDERED
                                 October 22                     Tues., October 16 at 3:30 p.m.
17   that the trial be continued to     , 2007, with a pre-trial conference of         , 2007 ~~and~~

18   ~~deadlines relating to FRCP 26 disclosures of experts and expert reports will also be extended~~

19   ~~with the new trial date such that initial expert disclosures would occur on            , 2007,~~

20   ~~expert reports would be due on or before            , 2007, supplemental experts would be~~

21   ~~disclosed by            , 2007 and expert discovery would need to be completed by~~

22   ~~            , 2007.~~   ALL DEADLINES RELATING TO FRCP 26 DISCLOSURES OF
                              EXPERTS AND EXPERT REPORTS SHALL REMAIN
23                            UNCHANGED.

24   Dated: _____            _Martin J. Jenkins_

25      May 11, 2007            Honorable Martin J. Jenkins
                                U.S. District Court Judge
26

27

28

                                              -3-
     STIP. & [PROPOSED] ORDER FOR CONTINUANCE OF TRIAL.
     *U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ*