Gregory L. Spallas - # 129306
Kristi A. Nguyen - # 241201
PHILLIPS, SPALLAS & ANGSTADT LLP
650 California Street, 10th Floor
San Francisco, California 94108
Phone: (415) 278-9400
Fax:    (415) 278-9411

Attorneys for Defendants
WAL-MART STORES, INC. and
SUHARD MEHTA

Paul L. Rein - # 43053
Patricia Barbosa - # 125865
Julie McLean - # 215202
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Phone: (510) 832-5001

Attorneys for Plaintiff
JOSEPH MARKETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| JOSEPH MARKETTE, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., SUHARD MEHTA; and DOES 2-25, inclusive <br><br> Defendants. | Case No. C 05-02173 MJJ <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> [F.R.C.P. 41(a)(1)] |

TO THE COURT:

    IT IS HEREBY STIPULATED by and between plaintiff JOSEPH MARKETTE, by and through plaintiff's attorney of record, and defendants WAL-MART STORES, INC. and SUHARD MEHTA, by and through defendants' counsel of record, that the above-captioned action be and hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) as the parties have reached an informal out-of-court resolution.

-1-
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.
U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ

| | |
|---|---|
| Dated: September 12, 2007 | PHILLIPS, SPALLAS & ANGSTADT LLP |
| | By: /s/ Gregory L. Spallas<br>Gregory L. Spallas<br>Attorneys for Defendants<br>WAL-MART STORES, INC. and<br>SUHARD MEHTA |
| Dated: September 5, 2007 | LAW OFFICES OF PAUL L. REIN |
| | By: /s/ Paul L. Rein<br>Paul L. Rein<br>Attorneys for Plaintiff<br>JOSEPH MARKETTE |

**ORDER**

IT IS SO ORDERED.

Dated: 9/13/07

/s/ Martin J. Jenkins
U.S. District Court Judge

-2-
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.
U.S.D.C. – Northern District of California – Case No. C 05-02173 MJJ